**DISMISS; and Opinion Filed August 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00232-CR

### MICHAEL ANTHONY-BARRY JORDAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 32285-86

## MEMORANDUM OPINION
Before Justices Moseley, O'Neill, and FitzGerald

Appellant, who is representing himself in this appeal, filed a motion in the trial court to dismiss his appeal. The motion is in the clerk's record that was filed on May 6, 2014. We will treat the motion as having been filed in this Court as of that same date. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

140232F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL ANTHONY-BARRY JORDAN, Appellant

No. 05-14-00232-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 86th Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 32285-86.
Opinion delivered per curiam before Justices Moseley, O'Neill, and FitzGerald.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 4th day of August, 2014.